IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DONNA ENGLISH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:03-cv-01051-TWO |
| | ) |
| JO ANNE B. BARNHART, | ) |
| COMMISSIONER OF SOCIAL SECURITY, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

On March 15, 2005, this Court adopted the Recommendation of the Magistrate Judge entered on February 11, 2005, and issued a Final Judgment reversing the decision of the Defendant and remanding this cause pursuant to sentence four of 42 U.S.C. A. §405(g) with instructions for payment of benefits. Submitted now is the [1] Plaintiff's unopposed Motion For An Award Of Attorney's Fees And Expenses Pursuant To The Equal Access To Justice Act, 28 U.S.C. §2412 (Doc. 25, filed May 16, 2005).

Pursuant to the Equal Access to Justice Act, 28 U.S.C.§2412, Plaintiff seeks a total award of $2,390.89 for attorney's fees payable to counsel of record, Michael Miskowiec,

---

[1]Defendant's Response, filed May 31, 2005 (Doc.27), advises that the Commissioner "has no objection to Plaintiff's request for attorney fees under the EAJA in the amount of $2,390.89."

at an hourly rate of $152.48.[2]  The Court finds that Plaintiff's motion for attorney's fees is timely filed and that she is a "prevailing party" within the meaning of 28 U.S.C. §2412(d)(1)(A), in that pursuant to the Order and Judgment filed March 15, 2005, the Court remanded this case pursuant to sentence four of 42 U.S.C. §405(g) with instructions for payment of benefits.  Plaintiff has documented  increases in the consumer price index which authorize an increase from the $125 hourly fee specified in the EAJA to the requested hourly rate as an adjustment for inflation. Plaintiff's requested hourly rate is reasonable as are the hours expended for legal representation.

Accordingly, it is the **ORDER, JUDGMENT, and DECREE** of this Court that the Plaintiff's Motion For An Award Of Attorney's Fees And Expenses Pursuant To The Equal Access To Justice Act, 28 U.S.C. §2412 (Doc. 25 filed May 16, 2005) is **GRANTED** in the total amount of $2,390.89  payable  to Plaintiff's counsel of record, Michael Miskowiec.

DONE, this the 13th day of June, 2005.

　　　　　　　　　　　　　　　　　　／s／ Myron H. Thompson　　　
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

---

[2] Plaintiff's fee itemization reflects a total of 15.68  hours of services rendered between October 13, 2003 and May 9, 2005.